JS-6

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JULIAN CAPATINA AND SORINA CAPATINA,<br><br>              Plaintiffs,<br><br>      vs.<br><br>BRUNSWICK CORPORATION,<br><br>              Defendant. | Case No. SACV09-01039 DOC (MLGx)<br><br>**JUDGMENT**<br><br><br>[Assigned to the Honorable David O. Carter] |

## **JUDGMENT**

Judgment is hereby entered in favor of Plaintiffs Julian Capatina and Sorina Capatina against Defendant Brunswick Corporation in the total sum of fifteen thousand dollars ($15,000.00), which is inclusive of any and all costs of suit and/or attorney fees.

DATED: November 23, 2010

_____
The Honorable David O. Carter
U.S. District Court Judge